IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lorna Tinker,                              :
                                           :
      Plaintiff(s),              :
                                           :
                                           :   Case Number: 1:12cv420
   vs.                                     :
                                           :   Chief Judge Susan J. Dlott
Commissioner of Social Security,           :
                                           :
      Defendant(s).              :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 1, 2013 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 18, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED and REMANDED** for an award of benefits pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                                         s/Susan J. Dlott
                                                                     Chief Judge Susan J. Dlott
                                                                     United States District Court