IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lorna Tinker, :
:
     Plaintiff(s), :
: Case Number: 1:12cv420
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
     Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 27, 2013 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 16, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition is **GRANTED** and plaintiff is **AWARDED** $6,956.10 in attorney fees and $350.00 in costs.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                    Chief Judge Susan J. Dlott
                                                    United States District Court